CANADY, J.,
concurring in result only.
I disagree with the majority’s discussion regarding the striking of juror Schultz. On that point, I would simply conclude that McKenzie has failed to show manifest error. See Hernandez v. State, 4 So.3d 642, 659 (Fla.2009) (stating that trial court’s determination as to “whether a challenge for cause is proper ... will not be overturned in the absence of manifest error”). The law does not support the majority’s reliance on a categorical rule of exclusion for prospective jurors based on a juror’s relationship with a murder victim in an unrelated case or a juror’s relationship with a law enforcement officer in an unrelated case. See § 913.03(10), Fla. Stat. (2006).
POLSTON, J., concurs.